

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2023

No. 04-23-00016-CV

Ronald **RODRIGUEZ** and The Law Offices of Ronald Rodriguez, P.C.,
Appellant

v.

Juan J. **CRUZ** and J. Cruz & Associates, LLC,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVK001183D4
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On February 8, 2023, appellants filed an unopposed motion to abate this appeal until final disposition of *John Doe v. Juan J. Cruz*, Cause No. 04-21-00582-CV, currently pending before this court.

After due consideration, appellants' motion is GRANTED. It is ORDERED that this appeal is ABATED until the mandate issues in *John Doe v. Juan J. Cruz*, Cause No. 04-21-00582-CV, or until further order of this court.

For administrative purposes, we ORDER the clerk of this court to treat this appeal as a closed case unless and until appellants file a motion requesting its reinstatement.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court